UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 2:21-cv-00136-LEW |
| ) | |
| THREE MILLION SIX HUNDRED ) | |
| SIXTEEN THOUSAND, EIGHTY-THREE ) | |
| DOLLARS AND FIFTEEN CENTS ) | |
| ($3,616,083.15) SEIZED FROM ACCOUNT ) | |
| 7001177621 HELD AT COLUMBIA BANK ) | |
| IN THE NAME OF MED-TECH ) | |
| RESOURCE, LLC ) | |
| Defendant *in rem*. ) | |

## WARRANT OF ARREST-IN-REM

**TO: THE UNITED STATES MARSHAL OF THE DISTRICT OF MAINE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER**

WHEREAS, on May 14, 2021, the United States of America filed a verified complaint of forfeiture in the United States District Court for the District of Maine, against Three Million Six Hundred Sixteen Thousand, Eighty-Three Dollars and Fifteen Cents ($3,616,083.15) Seized From Account 7001177621 Held at Columbia Bank in the Name of Med-Tech Resource, LLC, (the "defendant in rem"), alleging that the defendant in rem is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint;

WHEREAS, the defendant in rem is currently in the possession, custody or control of the United States;

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant-in-rem for the defendant in rem;

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest-in-rem must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest defendant in rem as soon as practicable, by serving a copy of this warrant on the custodian in whose possession, custody or control the defendant in rem is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and manner employed.

Dated at Portland, Maine this 17th day of May, 2021.

CHRISTA K. BERRY, Clerk

By: _____
Deputy Clerk

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____
Deputy Clerk