UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THREE MILLION SIX HUNDRED )<br>SIXTEEN THOUSAND, EIGHTY-THREE )<br>DOLLARS AND FIFTEEN CENTS )<br>($3,616,083.15) SEIZED FROM ACCOUNT )<br>7001177621 HELD AT COLUMBIA BANK )<br>IN THE NAME OF MED-TECH )<br>RESOURCE, LLC )<br>Defendant *in rem*. ) | Civ. No. 2:21-cv-00136-LEW |

## DECREE OF FORFEITURE

WHEREAS, on May 14, 2021, a Verified Complaint for Forfeiture against the defendant *in rem* was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 2323 and 984.

WHEREAS, on May 21, 2021, Med-Tech Resource, LLC was served with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice of the Forfeiture;

WHEREAS, between June 29, 2021 and July 28, 2021, notice of this action was published on the official government website www.forfeiture.gov;

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on August 31, 2021, defendant *in rem* and all persons claiming an interest in the defendant *in rem* were defaulted;

1

WHEREAS, on July 30, 2021, the State of Maine Department of Administrative and Financial Services, Division of Procurement Services filed a Petition to the Attorney General for Remission or Mitigation of Criminal Forfeiture, or Civil Forfeiture pursuant to 18 U.S.C. § 981(e)(6), by a non-owner victim of the underlying or related offense for $3,616,083.15. The status of this petition will be determined by the government after the conclusion of this case;

WHEREAS, it appearing from the record, no other claims, contested or otherwise, have been filed against the defendant *in rem* and the time to do so has expired;

NOW THEREFORE, on motion of the plaintiff, United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant *in rem* is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED** that the defendant in rem shall be disposed of according to law.

**SO ORDERED,**

DATED: September 2, 2021                /s/ Lance E. Walker
                                        United States District Judge